AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED
AUG 20 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. M-20-1587-M |
| Veronica BELLAND | ) |
| Y.O.B: 1976 Citizenship: United States | ) |
|  | ) |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 19, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952<br>21 USC § 841 | Knowingly and intentionally import into the United States from the United Mexican States approximately 16.88 kilograms of cocaine a Schedule II controlled substance, and did knowingly and intentionally possess with the intent to distribute approximately 16.88 kilograms of cocaine a Schedule II controlled substances. |

This criminal complaint is based on these facts:

Complaint authorized by AUSA J. Sturgis
Continued on the attached sheet and made part of this complaint:
Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

☑ Continued on the attached sheet.

/s/ J. Michael Salinas
*Complainant's signature*

J. Michael Salinas / HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, sworn to Printed name and title and attested telephonically per FED.R.CR.4.1, and probable cause found on:

~~Sworn to before me and signed in my presence.~~

Date: 8/20/20 – 7:47 a.m. ~~08/19/2020~~

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

**Attachment "A"**

On August 19, 2020, Veronica BELLAND, a United States Citizen, applied for admission into the United States at the Anzalduas Port of Entry (POE) in Mission, Texas. BELLAND was operating a red in color Ford Edge and was referred for a secondary inspection due to a primary lookout on the vehicle indicating the possible presence of anomalies during a previous entry into the United States.

During the secondary inspection, a Customs and Border Protection (CBP) K9 alerted to the odor of narcotics emitting from the vehicle. A subsequent x-ray scan revealed anomalies in the center console of the vehicle and a manual inspection produced fifteen (15) packages concealed under the center console which contained a white powdery substance that field tested positive for the properties of cocaine. The packages were extracted from the vehicle and contained a total of 16.88 kilograms of cocaine.

Homeland Security Investigations (HSI) Special Agent (SA) Joe Michael Salinas responded to the Anzalduas POE for investigative assistance and conducted an interview of BELLAND. During the interview, BELLAND admitted to knowledge that she was transporting illegal drugs into the United States from Mexico and stated that she believed the vehicle contained cocaine. BELLAND stated that she was going to be paid $2,500 in U.S. currency for the trip and estimated that she had made approximately five (5) or six (6) prior successful trips where she transported a drug laden vehicle into the United States from Mexico.